# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:17-cv-129

| | |
|---|---|
| RICHARD L. CAMPBELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| SHIRLEY TETER and SINCLAIR ) | |
| COMMUNICATIONS, INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER** is before the Court on Jonathan D. Sasser's Application for Admission to Practice *Pro Hac Vice* of Ralph Streza. It appearing that Ralph Streza is a member in good standing with the Ohio State Bar and will be appearing with Jonathan D. Sasser, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

IT IS, THEREFORE, ORDERED that Jonathan D. Sasser's Application for Admission to Practice Pro Hac Vice (#13) of Ralph Streza is **GRANTED**, and that Ralph Streza is ADMITTED to practice, *pro hac vice*, before the Bar of

this court while associated with Jonathan D. Sasser.

Signed: June 26, 2017

Dennis L. Howell
United States Magistrate Judge