# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
### 1:17-cv-129

| | |
|---|---|
| RICHARD L. CAMPBELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| SHIRLEY TETER and SINCLAIR ) | |
| COMMUNICATIONS, INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER** is before the Court on Isaac N. Northup, Jr.'s Application for Admission to Practice *Pro Hac Vice* of Chad R. Bowman. It appearing that Chad R. Bowman is a member in good standing with the Maryland State Bar and will be appearing with Isaac N. Northup, Jr., a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

IT IS, THEREFORE, ORDERED that Isaac N. Northup, Jr.'s Application for Admission to Practice Pro Hac Vice (#14) of Chad R. Bowman is

**GRANTED**, and that Chad R. Bowman is ADMITTED to practice, *pro hac vice*, before the Bar of this court while associated with Isaac N. Northup, Jr.

Signed: June 26, 2017

Dennis L. Howell
United States Magistrate Judge