# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

| | | |
|---|---|---|
| RICHARD L. CAMPBELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL CASE NO. |
| | ) | 1:17-cv-00129-MR |
| | ) | |
| SHIRLEY TETER and SINCLAIR COMMUNICATIONS, INC., | ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |
| | ) | |
| SHIRLEY TETER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL CASE NO. |
| | ) | 1:17-cv-00256-MR |
| PROJECT VERITAS ACTION FUND, PROJECT VERITAS, and JAMES E. O'KEEFE, III, | ) ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

# O R D E R

**THIS MATTER** is before the Court on the parties' responses to the Court's February 23, 2018, Order, which raised the issue of whether these

two cases should be consolidated.  [Civil Case No. 1:17-cv-00129-MR, Docs. 36, 37, 38; Civil Case No. 1:17-cv-00256-MR, Docs. 25, 26].

Rule 42 of the Federal Rules of Civil Procedure provides that the Court may consolidate two civil actions if they involve "a common question of law or fact."  Fed. R. Civ. P. 42(a)(2).  The Court finds that these two civil actions involve common questions of law and fact such that consolidation of these cases for the limited purpose of discovery would be appropriate.

**IT IS, THEREFORE, ORDERED** that the above-referenced matters are hereby **CONSOLIDATED** for the purpose of conducting discovery.  Both civil cases shall remain separate and open, and the parties shall continue to file pleadings in their respective cases only.  The issue of whether these matters should consolidated for trial shall be reserved and addressed at a later time.

**IT IS FURTHER ORDERED** that the parties in each case shall conduct an initial attorneys' conference and file a certificate of initial attorneys' conference within twenty-one (21) days of the entry of this Order.

**IT IS SO ORDERED**.

Signed: March 13, 2018

Martin Reidinger
United States District Judge