# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:17 cv 129

| | |
|---|---|
| RICHARD LAMAR CAMPBELL, ) | |
| ) | |
| Plaintiff/Counter Defendant, ) | |
| ) | |
| v. ) | |
| ) | |
| SHIRLEY TETER, ) | |
| ) | ORDER |
| Defendant/Counter Claimant, ) | |
| ) | |
| and ) | |
| ) | |
| SINCLAIR COMMUNICATIONS, LLC, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Before the Court is the motion for *pro hac vice* admission [# 44] filed by Isaac Noyes Northup Jr., counsel for Defendant Sinclair Communications, LLC.

Upon review of the motion, it appears that Al-Amyn Sumar is a member in good standing with the New York Bar and will be appearing with Isaac Noyes Northup Jr., a member in good standing with the Bar of this Court. Additionally, the applicant has paid the requisite admission fee.

Accordingly, the Court **GRANTS** the motion [# 44]. The Court **ADMITS** Al-Amyn Sumar to practice *pro hac vice* before the Court while associated with local counsel.

Signed: April 27, 2018

Dennis L. Howell
United States Magistrate Judge