UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:17-cv-129

RICHARD L. CAMPBELL,

    Plaintiff,

v.

SHIRLEY TETER

    Defendant.

**MUTUAL STIPULATION OF DISMISSAL**

Plaintiff, Richard L. Campbell ("Plaintiff"), and Defendant Shirley Teter ("Defendant"), through their undersigned counsel, hereby stipulate to the dismissal of this action as follows:

1. Plaintiff hereby dismisses his Complaint with prejudice.

2. Defendant hereby dismisses her Counterclaim with prejudice.

2. Each party shall bear their own costs, attorney's fees, and expenses of litigation.

SO STIPULATED, this the 7th day of January, 2019.

                COUNSEL FOR THE PLAINTIFF

                BY:  /s/ Todd A. King
                          Todd A. King, NC Bar #28621
                          Virginia M. Wooten, NC Bar #48180
                          P.O. Box 30787
                          Charlotte, NC 28230

1

Telephone (704) 332-8300
Facsimile (704) 332-9994
Email: tak@cshlaw.com
Email: vwooten@cshlaw.com

BY: /s/ Ruth C. Smith
Ruth Smith, NC Bar #26754
68 N. Market St.
Asheville, NC 28801
Telephone (828) 255-0569
Facsimile (828) 255-8693
Email: ruth@mywncattorney.com

BY: /s/ William E. Loose
William E. Loose, NC Bar #21719
68 N. Market St.
Asheville, NC 28801
Telephone (828) 255-0569
Facsimile (828) 255-8693
Email: ruth@mywncattorney.com

COUNSEL FOR THE DEFENDANT

BY: /s/ Ralph Streza
Ralph Streza, admitted *pro hac vice*
4996 Foote Road
Medina, OH 44256
Telephone (330) 723-6404
Facsimile (330) 721-76744
Email: streza@ccj.com

BY: /s/ Jonathan Sasser
Jonathan D. Sasser, NC Bar # 10028
Jeremy Falcone
Preetha Suresh Rini
P.O. Box 33550
Telephone (919) 865-7000
Facsimile   (919) 865-7010
Jon.sasser@elliswinters.com

# CERTIFICATE OF SERVICE

This is to certify that on January 7th, 2019 the foregoing Mutual Stipulation of Dismissal was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Ruth C. Smith
68 N. Market Street
Asheville, NC 28801
Email: ruth@mywncattorney.com
*Attorneys for Plaintiff*

William E. Loose – NC Bar 21719
68 N. Market Street
Asheville, NC 28801
Email: billloose@skyrunner.net
*Attorneys for Plaintiff*

Jonathan Drew Sasser
Jeremy Falcone
Preetha Suresh Rini
ELLIS & WINTERS, LLP
P.O. Box 33550
Raleigh, NC 27636
Email: jon.sasser@elliswinters.com
Email: jfalcone@elliswinters.com
Email: preetha.sureshrini@elliswinters.com
*Attorneys for Shirley Teter*

Ralph Streza
Critchfield, Critchfield & Johnston, LTD
4996 Foote Road
Medina, OH 44256
Email: streza@ccj.com
*Attorneys for Shirley Teter*

CRANFILL SUMNER & HARTZOG LLP

BY: /s/ Todd A. King
    Todd A. King, NC Bar #28621
    Virginia M. Wooten, NC Bar #48180
    *Attorneys for Plaintiff Campbell*
    P.O. Box 30787
    Charlotte, NC 28230
    Telephone (704) 332-8300
    Facsimile (704) 332-9994
    Email: tak@cshlaw.com
    Email: vwooten@cshlaw.com